# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 20-01217-3F7 JAF
**Case Name:** GUFFORD, DEAN ELDRIDGE

**Period Ending:** 06/30/20

**Trustee:** (290900)   Gregory K. Crews
**Filed (f) or Converted (c):** 04/03/20 (f)
**§341(a) Meeting Date:** 05/15/20
**Claims Bar Date:** 09/14/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 1000 Turkey Lake Road Float Unit, Orlando, FL 32<br>  Orig. Description: 1000 Turkey Lake Road Float Unit, Orlando, FL 32819<br>Timeshare<br>Entire property value: Unknown; Imported from original petition Doc# 1; Lien: 1000 Turkey Lake Road Float Unit, Orlando, FL 32819 - $<br>Value $0.00  -  Amount: 14475.51 | Unknown | 0.00 | | 0.00 | FA |
| 2 | 2013 Lexus IS250, 88000 miles, Condition: Good;<br>  Orig. Description: 2013 Lexus IS250, 88000 miles, Condition: Good; VIN No JTHBF5C24D5188630. Entire property value: $10,000.00; Imported from original petition Doc# 1; Exemption: 2013 Lexus IS250  -  Amount: 1000.00; Lien: on iq<br>An agreement you made (such as mortgage or secured car loan)<br>2013 Lexus IS250 - $10,000.00<br>Value $10,000.00  -  Amount: 15061.00 | 10,000.00 | 0.00 | | 0.00 | FA |
| 3 | Queen Size Bedroom Set, Queen Size Bed, Sofa, Lo<br>  Orig. Description: Queen Size Bedroom Set, Queen Size Bed, Sofa, Love Seat.; Imported from original petition Doc# 1; Exemption: Household goods - Queen Size Bedroom Set, Queen Size Bed, Sofa, Love Seat.  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Samsung 55' LCD TV, Surface Pro Tablet, HP Print<br>  Orig. Description: Samsung 55' LCD TV, Surface Pro | 860.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-01217-3F7 JAF  
**Case Name:** GUFFORD, DEAN ELDRIDGE  
**Period Ending:** 06/30/20

**Trustee:** (290900)   Gregory K. Crews  
**Filed (f) or Converted (c):** 04/03/20 (f)  
**§341(a) Meeting Date:** 05/15/20  
**Claims Bar Date:** 09/14/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Tablet, HP Printer, Note 10 Plus Cell Phone (making payments on the cell phone).; Imported from original petition Doc# 1; Exemption: Electronics - Samsung 55' LCD TV, Surface Pro Tablet, HP Printer, Note 10 Plus Cell Phone (making payments on the cell phone).  -  Amount: 570.00; Exemption: Electronics - Samsung 55' LCD TV, Surface Pro Tablet, HP Printer, Note 10 Plus Cell Phone (making payment on the cell phone).  -  Amount: 290.00 | | | | | |
| 5 | Mens Clothing and Shoes.<br>   Orig. Description: Mens Clothing and Shoes.; Imported from original petition Doc# 1; Exemption: Clothing - Mens Clothing and Shoes.  -  Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Sterling Silver Necklace<br>   Orig. Description: Sterling Silver Necklace; Imported from original petition Doc# 1; Exemption: Jewelry - Sterling Silver Necklace  -  Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Border Collie<br>   Orig. Description: Border Collie; Imported from original petition Doc# 1; Exemption: Pets - Border Collie  -  Amount: 10.00 | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Bank of America Checking<br>   Orig. Description: Checking account: Bank of America Checking; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: Bank of America Checking | 2.57 | 0.00 | | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 20-01217-3F7 JAF  
**Case Name:** GUFFORD, DEAN ELDRIDGE  

**Period Ending:** 06/30/20

**Trustee:** (290900)   Gregory K. Crews  
**Filed (f) or Converted (c):** 04/03/20 (f)  
**§341(a) Meeting Date:** 05/15/20  
**Claims Bar Date:** 09/14/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Description: Checking account: Bank of America Checking; Imported from original petition Doc# 1; Exemption: Bank of America Checking (Checking) - Amount: 2.57 |  |  |  |  |  |
| 10 | Savings account: Bank of America Savings<br>Orig. Description: Savings account: Bank of America Savings; Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 11 | Flooring Solutions by Dean, LLC, 100% ownership<br>Orig. Description: Flooring Solutions by Dean, LLC, 100% ownership; Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 12 | PERSONAL INJURY<br>Orig. Description: estimated settlement amount trom pending lawsuit; Imported from original petition Doc# 1; Exemption: Estimated settlement amount from pending lawsuit (owed to debtor) - Amount: 2000.00 | 2,000.00 | Unknown |  | 0.00 | Unknown |
| 13 | Briefcase, Measure Lazer, File Folders, Copy Pap<br>Orig. Description: Briefcase, Measure Lazer, File Folders, Copy Paper, Batteries; Imported from original petition Doc# 1; Exemption: Briefcase, Measure Lazer, File Folders, Copy Paper, Batteries - Amount: 70.00 | 70.00 | 0.00 |  | 0.00 | FA |
| 13 | **Assets**   **Totals**  (Excluding unknown values) | **$13,692.57** | **$0.00** |  | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/27/20  Notice of Preliminary Hearing on Amended Objection to Debtor's Claim of Exemptions relating to esimated settlement amount from pending lawsuit.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| **Case Number:** | 20-01217-3F7 JAF | **Trustee:** | (290900) Gregory K. Crews |
| **Case Name:** | GUFFORD, DEAN ELDRIDGE | **Filed (f) or Converted (c):** | 04/03/20 (f) |
| | | **§341(a) Meeting Date:** | 05/15/20 |
| **Period Ending:** | 06/30/20 | **Claims Bar Date:** | 09/14/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Hearing scheduled for 9/23/2020 at 01:30 PM.

**Initial Projected Date Of Final Report (TFR):** March 15, 2021       **Current Projected Date Of Final Report (TFR):** March 15, 2021