Dated: September 24, 2020

ORDERED.

*Jerry A. Funk*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**In re**

**DEAN ELDRIDGE GUFFORD**              Case No. 3:20-bk-01217-JAF
      **Debtor.**

**ORDER SUSTAINING TRUSTEE'S
AMENDED OBJECTION TO CLAIM OF EXEMPTIONS**

The trustee, **GREGORY K. CREWS**, filed an amended objection to claim of exemptions regarding a personal injury claim (Doc 22) and a Notice of Preliminary Hearing (Doc 32). Upon the consents of the parties as announced in open court on September 23, 2020, it is ORDERED:

1. The Trustee's Amended Objection to Claim of Exemptions (Doc 22) is sustained.

2. The personal injury claim listed on line 34 of the debtor's Schedule A/B is property of the estate pursuant to 11 U.S.C. § 541.

3. The debtor has claimed a $2,000 exemption towards the personal injury claim under Florida Statute § 222.25(4). The trustee does not contest the claim of exemption for $2,000 but believes the value may exceed that amount.

Page 2/**Case No. 3:20-bk-01217-JAF**

4. The trustee shall control settlement negotiations regarding the claim subject to court approval and the provisions of F.R.B.P. § 9019. Only the trustee has authority to sign a valid release regarding the claim unless the trustee abandons the claim under § 554 of the Bankruptcy Code.

5. If the trustee settles the claim for an amount that results in the estate receiving, after payment of the personal injury attorney's fees and costs, in excess of $2,000, the trustee is authorized, without further order of the court, to pay $2,000 to the debtor for his claim of exemption.

## CONSENTS

We consent to the entry of the above Order Sustaining Trustee's Amended Objection to Claim of Exemptions.

| /s/ Gregory K. Crews | /s/ John Toro |
|---|---|
| **Gregory K. Crews** | **John Toro** |
| **Attorney for Trustee** | **Attorney for Debtor** |
| **Florida Bar No. 172772** | **Florida Bar No. 118939** |
| **8584 Arlington Expressway** | **10175 Fortune Parkway, Ste. 502** |
| **Jacksonville, Florida 32211** | **Jacksonville, Florida 32256** |
| **(904) 354-1750** | **(904) 248-4482** |

Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Gregory K. Crews attests that concurrence in the filing of this paper has been obtained.

Gregory Crews, Trustee, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.